JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. WILLIAMS CONSTRUCTION, INC., a California corporation and CRAIG R. WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, an Ohio Corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 22-07515-SPG-MAA<br><br>**ASSIGNED TO THE HONORABLE SHERILYN PEACE GARNETT**<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 29, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE